# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNETH SHEPHERD,<br><br>    Petitioner,<br><br>v.<br><br>JOHN MARSHALL,<br><br>    Respondent. | No. ED CV 08-140-AHM (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and petitioner's objections filed thereto. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Respondent's Motion to Dismiss is granted.
3. Judgment shall be entered consistent with this order.
4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 30, 2008

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE