UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH SHEPHERD,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>        Respondent. | No. ED CV 08-140-AHM (PLA)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 30, 2008

**Make JS-6**

                             HONORABLE A. HOWARD MATZ
                             UNITED STATES DISTRICT JUDGE